1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIN SNIDER, Bar #304781
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   OTONIEL CARDENAS-TORRES
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 1:16-cr-00094-LJO-SKO

12            Plaintiff,                 REQUEST FOR RULE 43 WAIVER OF
                                         APPEARANCE; ORDER
13  vs.

14  OTONIEL CARDENAS-TORRES,

15            Defendant.

16

17         Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Otoniel Cardenas-Torres,

18  having been advised of his right to be present at all stages of the proceedings, hereby requests

19  that this Court permit him to waive his right to personally appear at all non-substantive

20  proceedings.  Mr. Cardenas-Torres agrees that his interests shall be represented at all times by

21  the presence of his attorney, the Office of the Federal Defender for the Eastern District of

22  California, the same as if he were personally present, and requests that this Court allow his

23  attorney-in-fact to represent his interests at all times.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 30, 2019

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
OTONIEL CARDENAS-TORRES

## **O R D E R**

Defendant's request for a waiver of appearance is granted.  Pursuant to Rule 43(b)(3), defendant's appearance is waived at all non-substantive pretrial proceedings until further order of the Court.

IT IS SO ORDERED.

Dated:   **January 30, 2019**                    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE