HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ERIN SNIDER, CA SBN #304781
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
OTONIEL CARDENAS-TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OTONIEL CARDENAS-TORRES,<br><br>Defendant. | Case No. 1:16-cr-00094-LJO-SKO<br><br>DEFENDANT OTONIEL CARDENAS-TORRES'S MOTION TO INSPECT AND COPY PASSPORT |

    Defendant Otoniel Cardenas-Torres, by and through his counsel of record, Assistant Federal Defender Erin Snider, hereby moves this Court for an order permitting defense counsel and/or an investigator with the Office of the Federal Defender to inspect and copy Mr. Cardenas-Torres's passport, which is currently in the possession of the Clerk of Court.

    Mr. Cardenas-Torres is filing a motion to dismiss based on a violation of his Sixth Amendment right to a speedy trial. In the motion, Mr. Cardenas-Torres will argue that the government—who bears the burden of bringing a defendant to trial in a timely manner—had ample opportunity to arrest him and bring him to court between June 30, 2016, when the grand jury returned the Indictment, and October 31, 2018, the date of his arrest. As part of that argument, the defense intends to point to Mr. Cardenas-Torres's international travel during that period, as evidence that the government did not properly input the June 30, 2016 warrant into the appropriate law enforcement databases. Defense counsel believes that Mr. Cardenas-Torres's

passport, which is currently in the possession of the Clerk of Court in accordance with the conditions of Mr. Cardenas-Torres's pretrial release, *see* Docket No. 16, will aid him in making this argument.

Accordingly, Mr. Cardenas-Torres moves the Court for an order directing the Clerk of Court to allow defense counsel and/or an investigator with the Office of the Federal Defender to inspect and copy Mr. Cardenas-Torres's passport.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 8, 2019

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
OTONIEL CARDENAS-TORRES

**O R D E R**

**IT IS SO ORDERED.** The Clerk of Court is hereby directed to permit defense counsel and/or an investigator with the Office of the Federal Defender to inspect and copy Otoniel Cardenas-Torres's passport.

IT IS SO ORDERED.

Dated: **April 8, 2019**

UNITED STATES MAGISTRATE JUDGE