| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KATHLEEN A. SERVATIUS<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00094 LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS REGARDING DEFENDANT TORRES' MOTION TO DISMISS** |
| v. | |
| OTONIEL TORRES-CARDENAS. | |
| Defendant. | Date: May 20, 2019<br>Time: 10:30 a.m.<br>Honorable Lawrence J. O'Neill |

The United States of America, by and through McGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant Otoniel Torres-Cardenas, by and through his attorney of record, Erin M. Snider, Assistant Federal Defender, hereby stipulate to extend the time for additional filings relating to Defendant's Motion to Dismiss as follows:

///
///
///
///
///
///
///
///

STIPULATION TO CONTINUE TRIAL DATE

1

///

the Government Opposition shall be filed on or before May 6, 2019 and the Defendant's Reply shall be filed on or before May 13, 2019.

Dated: April 29, 2019        McGREGOR W. SCOTT
                             United States Attorney

                             /s/ *Kathleen A. Servatius*
                             KATHLEEN A. SERVATIUS
                             Assistant United States Attorney


Dated: April 29, 2019        HEATHER E. WILLIAMS
                             Federal Defender

                             /s/ *Erin M. Snider*
                             ERIN M. SNIDER
                             ASSISTANT FEDERAL DEFENDER


**ORDER**

IT IS SO ORDERED.

Dated:  **April 30, 2019**          **/s/ Lawrence J. O'Neill**
                                    UNITED STATES CHIEF DISTRICT JUDGE