```
 1  DAVID A. TORRES AND ASSOCIATES
    David A. Torres, SBN135059
 2  1318 K. Street
    Bakersfield, CA 93301
 3  Tel: (661)326-0857
 4  Fax: (661)326-0936
    Email: dtorres@lawtorres.com
 5
    Attorney for:
 6  ROBERTO PALACIOS-GARCIA
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 16-CR-00094 LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE TRIAL SETTING CONFERENCE |
| ROBERTO PALACIOS-GARCIA, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND KATHLEEN SERVATIUS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ROBERTO PALACIOS-GARCIA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the trial setting conference hearing currently set for Monday, June 3, 2019, to be continued to June 10, 2019 at 9:30 a.m.

On Friday, May 24th, I received an email informing m\e of my acceptance to attend the National Forensic College at the Cardozo School of Law in New York City. The classes begin on Sunday, June 2nd and end on Friday. June 7th. I have met with my client to inquire whether he agrees to waive time. My client indicted he would. I have spoken to co-counsel, Erin Snider to AUSA Kathleen Servatius, and she has no objection to continuing the sentencing hearing

Based on the unavailability of counsel for defendant Roberto Palacios-Garcia, and to ensure continuity of counsel, the ends of justice served by continuing the case as requested

1

outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

For the purpose of computing time under the Speedy Trial Act, 18 U.S. C. §3161, et seq., within which trial must commence, the time period of June 4, 2019 until June 10, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(A), B(i) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED: May 29, 2019

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
ROBERTO PALACIOS-GARCIA

DATED: May 29, 2019

*/s/ Erin Snider*
ERIN SNIDER
Attorney for Defendant
OTONEL CARDENAS-TORRES

DATED: May 29, 2019

*/s/Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the trial setting conference be continued to June 10, 2019 at 9:30am as to defendants Roberto Palacios-Garcia and Otonel Cardenas-Torres.
IT IS SO ORDERED.

Dated: **May 29, 2019**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

3