| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | KATHLEEN A. SERVATIUS |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 1:16-CR-00094 LJO-SKO** |
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL SETTING** |
| v. | |
| OTONIEL CARDENAS TORRES, AND ROBERTO PALACIOS-GARCIA, | Date: June 10, 2019 |
| | Time: 8:30 a.m. |
| Defendants. | Honorable Lawrence J. O'Neill |

The United States of America, by and through McGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, and the defendants Roberto Palacios-Garcia, by and through attorney of record David A. Torres, and Otonial Cardenas Torres, by and through his attorney of record, Erin Snider, Assistant Federal Defender, hereby stipulate to reschedule the trial setting in this case from June 10, 2019 and July 10, 2019 advanced to June 17, 2019 and further request that the hearing be set before the Honorable Sheila K. Oberto in light of the unavailability of the Honorable Lawrence J. O'Neill.

The parties request that time be excluded between June 10, 2019 and June 17, 2019 for the following reasons: defendant Otoniel Cardenas Torres is attempting to retain new counsel and setting of a trial date requires the involvement of his new attorney. In light of the need for new counsel to be present and new counsel's unavailability to participate in the trial setting on June 10, 2019 due to the need to formalize his relationship with the defendant, the parties agree that time should be excluded.

STIPULATION TO CONTINUE TRIAL SETTING AND ORDER

1

The parties request a trial setting in advance of that currently set before the Honorable Lawrence J. O'Neill given that the crimes alleged in the indictment occurred in 2016 and the desire to proceed timely.

The parties further believe that time should be excluded until June 17, 2019, in that failure to grant the requested re-scheduling would unreasonably deny Otoniel Cardenas Torres the ability to retain counsel of choice and due to the unavailability of such counsel. 18 U.S.C. Section 3161(h)(7)(B)(iv). Based on the above-stated findings, the ends of justice served by the schedule as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. Therefore, the parties request that the Court exclude the time until the new trial setting date from calculations under the Speedy Trial Act.

| | |
|---|---|
| Dated: June 7, 2019 | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ *Kathleen A. Servatius*<br>KATHLEEN A. SERVATIUS<br>Assistant United States Attorney |
| Dated: June 7, 2019 | /s/ *Erin Snider*<br>Attorney for Otoniel Cardenas Torres |
| Dated: June 7, 2019 | /s/ *David A. Torres*<br>Attorney for Roberto Palacios Garcia |

## **ORDER**

IT IS HEREBY ORDERED that the trial setting in this case be continued from June 10, 2019 before the Honorable Lawrence J. O'Neill to June 17, 2019 at 1:00 p.m., before the Honorable Sheila K. Oberto.

IT IS FURTHER ORDERED THAT the ends of justice served by the schedule set forth herein as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 10, 2019 and June 17, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court

at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **June 10, 2019**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE