MCGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OTONEL CARDENAS-TORRES, ET. AL.<br><br>Defendants. | CASE NO. 1:16-CR-00094 LJO-SKO<br><br>**STIPULATION TO CONTINUE TRIAL AND TRIAL CONFIRMATION AND PROPOSED ORDER THEREON**<br><br>Date: December 3, 2019<br>Time: 8:30 a.m.<br>Honorable Lawrence J. O'Neill |

The United States of America, by and through MCGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendants, by and through their respective attorneys of record, hereby request and stipulate to continue the trial in this case from December 3, 2019 until April 21, 2020 at 8:30 am.

The parties request that time be excluded for the following reasons:

(1) counsel for defendant Otonel Torres-Cardenas requires additional time to prepare for trial, having difficulties in reviewing videos provided in discovery; and court conflicts due to his obligations to other clients;

(2) Counsel for Palacios is currently engaged in a gang related attempted murder case. Counsel has been in trial for the past three weeks. His trial is expected to go to jury no later than Friday, November 1st. Counsel for Palacios also has two other cases set for trial assignment on

1 | Monday, November 4, 2019.  I am informed Palacios' attorney is trailing a second degree
2 | murder trial (People vs. Michaela Bowers, BF167356A) with a three week estimate.  Counsel for
3 | Palacios was informed the Deputy DA assigned to the homicide was assigned a trial court on a
4 | different matter with a two week estimate. It is my understanding that Palacios' counsel will be
5 | sent out on a sodomy case, People vs. Devon Harris, BF 175085A, with a 7 day court estimate,
6 | then commence the Bowers matter late November.  Hence, counsel for Palacios is unavailable
7 | for a December 3rd trial date on the above-captioned matter; and
8 |     (3) counsel for the government has trials scheduled later on December 17, 2019; March 3,
9 | 2020, and a six-defendant trial on March 17, 2010 (believed to take two to three weeks).

The proposed trial date represents the earliest date that all counsel are available thereafter, taking into account counsels' schedules, defense counsels' commitments to other clients, and the need for preparation in the case and further investigation. The parties further believe that time should be excluded, in that failure to grant the requested case schedule would unreasonably deny the defendants continuity of counsel, and unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case.  18 U.S.C. Section 3161(h)(7)(B)(iv).  Based on the above-stated findings, the ends of justice served by the schedule as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.  Therefore, the parties request that the Court exclude the time until the new trial date from calculations under the Speedy Trial Act.

Dated: October 28, 2019

MCGREGOR W. SCOTT
United States Attorney

/s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated:  October 28, 2019

/s/ *Alonzo Gradford*
Attorney for Otonel Torres-Cardenas

Dated:  October 28, 2019

/s/ *David A. Torres*
Attorney for Defendant Roberto Palacios-Garcia

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS HEREBY ORDERED that the trial in this case be continued from December 3, 2019 until |
| 3 | April 21, 2010 at 8:30 a.m. |
| 4 | IT IS FURTHER ORDERED THAT the ends of justice served by the schedule set forth herein as |
| 5 | requested outweigh the interest of the public and the defendants in a trial within the original date |
| 6 | prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation. For the purpose of |
| 7 | computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must |
| 8 | commence, the time period of December 3, 2019 until April 21, 2020, inclusive, is deemed excludable |
| 9 | pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court |
| 10 | at the parties' request on the basis of the Court's finding that the ends of justice served by taking such |
| 11 | action outweigh the best interest of the public and the defendant in a speedy trial. |

IT IS SO ORDERED.

Dated: **November 16, 2019**      /s/ Lawrence J. O'Neill
                                   UNITED STATES CHIEF DISTRICT JUDGE