1  PHILLIP A. TALBERT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO.  1:16-CR-00094 JLT |
12 |                    Plaintiff, | STIPULATION TO SET CHANGE OF PLEA AND VACATE TRIAL DATE; ORDER |
13 |                    v. | |
14 | OTONIEL CARDENAS-TORRES, | |
15 |                    Defendant. | DATE: September 10, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Jennifer L. Thurston |
16

17        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

18  through defendant's counsel of record, hereby stipulate as follows:

19        1.      By previous order, this matter was set for trial on September 10, 2023.

20        2.      The parties hereby request that the Court vacate the current trial date, set this matter for a

21  change of plea on August 21, 2023, at 10 a.m.  A plea agreement in this matter was filed on May 31,

22  2023.  Time was previously excluded to and through September 10, 2023.

23        3.      The parties further agree and stipulate that the defendant's true name is Otoniel

24  Cardenas-Torres, rather than Otonel Cardenas-Torres, and requests that the Court make a true name

25  finding that the defendant's true name is Otoniel Cardenas-Torres

26  / / /

27  / / /

28  / / /

STIPULATION TO VACATE TRIAL DATE AND EXCLUDE
TIME                                                    1

1      IT IS SO STIPULATED.

2

3    Dated:  June 1, 2023                          PHILLIP A. TALBERT
                                                   United States Attorney

4                                                  /s/ KAREN A. ESCOBAR
                                                   KAREN A. ESCOBAR
5                                                  Assistant United States Attorney

6
     Dated:  June 1, 2023
7                                                  /s/ ALONZO J. GRADFORD
                                                   ALONZO J. GRADFORD
8                                                  Counsel for Defendant
                                                   OTONIEL CARDENAS-
9                                                  TORRES

10

11

12                                  **ORDER**

13         The trial date currently scheduled for September 10, 2023, is vacated.  The matter is hereby

14   scheduled for a change of plea on August 21, 2023, at 10:00 a.m.

15         The Court further finds that the defendant's true name is Otoniel Cardenas-Torres and that the

16   docket shall record said finding.

17
     IT IS SO ORDERED.
18

19     Dated:   **June 2, 2023**

                                                   UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

     STIPULATION TO VACATE TRIAL DATE AND EXCLUDE        2
     TIME